**Electronically Filed
Supreme Court
SCWC-12-0001090
12-DEC-2019
04:18 PM**

SCWC-12-0001090

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

GARY MOBLEY, Respondent/Plaintiff-Appellant,

vs.

LYANNE KIMURA, Respondent/Defendant/Cross-Claim Defendant/Cross-
Claimant/Third-Party Plaintiff/Counterclaim Defendant-
Appellee, LESLIE S. CHING, Respondent/Defendant/Cross-
Claimant/Cross-Claim Defendant-Appellee,

and

DENNIS K. ESPANIOLA, Petitioner/Third-Party
Defendant/Counterclaimant/Cross-Claimant/
Cross-Claim Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0001090; CIVIL NO. 09-1-02674)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Third-Party Defendant/Counterclaimant/Cross-
Claimant/Cross-Claim Defendant-Appellee Dennis K. Espaniola's
application for writ of certiorari filed on October 25, 2019, is
hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard
in this case. Any party may, within ten days and pursuant to

Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, December 12, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson